WESTERN DISTRICT OF MI U.S. DISTRICT COURT

PLAINTIFF — CASSADAY, KEVIN W. —PRO PER— 71417-509

VS.

DEFENDANT — TRUMP, DONALD J. 45TH FORMER U.S. PRESIDENT, et al

NOTICE

FILED - GR
July 28, 2022 11:39 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: VB/7/28

1:22-cv-682
Jane M. Beckering
U.S. District Judge

JURISDICTION:

UNDER 18 USC § 2382 STATES,

— "WHOEVER, OWING ALLEGIANCE TO THE UNITED STATES & HAVING KNOWLEDGE OF THE COMMISSION OF ANY TREASON AGAINST THEM, CONCEALS & DOES NOT, AS SOON AS MAY BE, DISCLOSE & MAKE KNOWN THE SAME TO THE PRESIDENT OR TO SOME JUDGE OF THE UNITED STATES, OR TO THE GOVERNOR OR TO SOME JUDGE OR JUSTICE OF A PARTICULAR STATE, IS GUILTY OF MISPRISON OF TREASON & SHALL BE FINED UNDER THIS TITLE OR IMPRISONED NOT MORE THAN SEVEN YEARS, OR BOTH."

THIS IS THE PROPER COURT. PLTF. IS STILL DESIGNATED IN WESTERN DISTRICT OF MI U.S.D.C..

P. 1-6

# CONTENTS

PAGE 1   -   PARTIES & JURISDICTION

PAGE 2   -   CONTENTS

PAGE 3-4  -   STATEMENT

PAGE 5   -   ASSOCIATED CASES & DEFENDANTS

PAGE 6   -   STATUES & CRIM. CODES

STATEMENT:

PLTF. BROUGHT ALL THE ORIGINAL CASES AGAINST DONALD TRUMP FOR REASONS OF TREASON UNDER 18 USC § 2381, § 2382, § 2383, § 2384, & § 2385 & FOLLOWED HIS ALLEGIANCE TO THE U.S. BY NOTIFYING NUMEROUS U.S. JUDGES AS REQ. BY U.S. LAW.

JANUARY 6, 2021 WAS AN ATTEMPTED COUP OF THE U.S. GOV. TO COVERUP THE DEF.'S CONDUCT IN A CIVIL WAR STAGED BY DONALD TRUMP, IN ATTEMPT TO CONTINUE TO FEARMONGER SOCIETY WITH COVID-19 & BRIBE VOTERS WITH "RELIEF" EMERGENCY MONEY 18 USC § 598.

THE U.S. CITIZENS VOTED FOR DEF.'S OPPONENT, IN WICH DEF. WAS A SORE LOSER & TRIED TO OBSTRUCT SUCH TRANSFER OF POWER BY LEAVING THE WHITE HOUSE ON JANUARY 20, 2021 WITH THE

P. 3→6

"FOOTBALL", LEAVING AMERICA VULNERABLE TO ATTACK FOR POLITICAL NARRATIVE.

DEF. & THE BORROWING OF AROUND $6,700,000,000,000. TRILLION IS THE CAUSE OF TODAYS "INFLATION" & HAS NOTHING TO SHOW FOR IT EXCEPT A MARKET FLOATED TILL ELECTION YEAR, BRIBES TO WHITE COLLARS, & ESPIONAGE OR SABOTAGE AGAINST DEMOCRATS TO GAIN VOTES BY "STAGING 'THE SWAMP'".

DEF. WAS ALLEGEDLY AT THE INFAMOUS TRUMP TOWER MEETING WITH RUSSIANS STAGING NARRATIVE IN CONCERT FOR DONALD TRUMPS FALSE NARRATIVE, & ALL FALLS UNDER 18 USC § 2331 (5)(A),(B)(i)(ii)(iii)(C). PLTF. CAN PUT THINGS TOGETHER UPON RELEASE IF NEEDED.

AFFIDAVIT:

THESE DOCUMENTS ARE TRUE & CORRECT UNDER PENALTY & PERJURY.

7-25-2022          Kevin Crowley #9178

P. 4-6

## ASSOCIATED CASES:

1. 1:21-CV-710     CASSADAY vs. TRUMP     W.D. OF MI U.S.D.C.

2. 1:21-CV-718     CASSADAY vs MIKE SHIRKEY     W.D. OF MI U.S.D.C.

3. 1:22-CV-2496     CASSADAY vs TRUMP ORG     S.D. OF NY U.S.D.C.

4. 1:21-CV-759     CASSADAY vs FBI     W.D. OF MI U.S.D.C.

5. 4:22-CV-10909     CASSADAY vs FBI     E.D. OF MI U.S.D.C.

## ADDITIONAL DEFENDANTS:

1. WILLIAM BARR - FORMER U.S. ATTORNEY GENERAL

2. ROGER STONE -

3. STEVE BANNON

p. 5-6

STATUES & CRIMINAL CODES:

1. 18 USC § 2381

2. 18 USC § 2382

3. 18 USC § 2383

4. 18 USC § 2384

5. 18 USC § 2385

6. 18 USC § 598

7. 18 USC § 2331 (5)(A), (B)(i)(ii)(iii), (c)

P. 6 - 6



Cassaday
NCJ
P.O. Box 845
White Cloud, MI 49349

GRAND RAPIDS MI  493
26 JUL 2022  PM 4  L

* Rtrn. Svc. Rqst.

U.S. COURT CLERK
110 Michigan St., NW
Grand Rapids, MI 49503

* Legal Mail

"THIS MAIL HAS ORIGINATED FROM THE NEWAYGO COUNTY JAIL"

49503-230099